## COPENHEFER v METAL SPECIALTY CO

Ohio Appeals, 1st Dist, Hamilton Co

Decided June 11, 1934

Roger B. Baxter, Cincinnati, for plaintiff in error.

C. W. Baker, Jr., Cincinnati, Fred Bader, Jr., Cincinnati, Nippert & Nippert, Cincinnati, and George F. Eyrich, Cincinnati, for defendants in error.

For full opinion see 2 OO 487; 49 Oh Ap
199.